CLARENCE DIXON A896911
Name and Prisoner/Booking Number
**Towers Jail**
Place of Confinement
**3127 W. Gibson Ln**
Mailing Address
**Phoenix, AZ 85009**
City, State, Zip Code

```
┌─────────────────────────────────────┐
│  ☒ FILED          ___ LODGED         │
│  ☒ RECEIVED       ___ COPY           │
│                                      │
│        DEC 0 2 2005                  │
│                                      │
│   CLERK U S DISTRICT COURT           │
│   DISTRICT OF ARIZONA                │
│  BY_____ DEPUTY           │
└─────────────────────────────────────┘
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

CLARENCE WAYNE DIXON )
(Full Name of Plaintiff)     Plaintiff, )
)
vs. )   CASE NO. CV05-3894-PHX·Smm (LOA)
)            (To be supplied by the Clerk)
SHERIFF JOE M ARPAIO, CAPTAIN )
)
JAMES BAUMANN, JAIL COMMANDER )
)   **CIVIL RIGHTS COMPLAINT**
AND UNKNOWN OTHER DEFENDANTS, )   **BY A PRISONER**
)
)
_____ , )   ☒ Original Complaint
(Full Name of Each Defendant)     Defendant(s). )   ☐ First Amended Complaint
)   ☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    a.  ☒ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
    b.  ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
    c.  ☐ Other: (Please specify.) _____.

2.  Name of Plaintiff: CLARENCE WAYNE DIXON _____.
    Present mailing address: 3127 W GIBSON LANE, PHx AZ 85009 ___.
    **(Failure to notify the Court of your change of address may result in dismissal of this action.)**

    Institution/city where violation occurred: TOWERS JAIL, PHX ARIZONA ___.

**550/555**

Revised 2/7/05                                    1

3.  Name of first Defendant: __JOE ARPAIO__. The first Defendant is employed as:
__SHERIFF OF MARICOPA COUNTY__ at __MARICOPA CTY SHERIFF'S OFFICE__
       (Position and Title)                                              (Institution)

The first Defendant is sued in his/her: ☐ individual capacity ☒ official capacity (check one or both).
Explain how the first Defendant was acting under color of law: __BY ORDERING OR BY__
__DESIGNATING TOWERS JAIL HOUSE 3 MEN TO A CELL.__

4.  Name of second Defendant: __JAMES BAUMANN__. The second Defendant is employed as:
__JAIL COMMANDER__ at __TOWERS JAIL.__
       (Position and Title)                                              (Institution)

The second Defendant is sued in his/her: ☐ individual capacity ☒ official capacity (check one or both).
Explain how the second Defendant was acting under color of law: __BY IMPLEMENTING AND__
__ENFORCING ORDER TO HOUSE 3 MEN TO A CELL AT TOWERS JAIL.__

5.  Name of third Defendant: __UNKNOWN__. The third Defendant is employed as:
__HIGH LEVEL OFFICER__ at __MAIN SHERIFF'S OFFICE__
       (Position and Title)                                              (Institution)

The third Defendant is sued in his/her: ☐ individual capacity ☒ official capacity (check one or both).
Explain how the third Defendant was acting under color of law: __BY IMPLEMENTING AND__
__ENFORCING ORDER TO HOUSE 3 MEN TO A CELL AT TOWERS JAIL.__

6.  Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____ at _____
       (Position and Title)                                              (Institution)

The fourth Defendant is sued in his/her: ☐ individual capacity ☐ official capacity (check one or both).
Explain how the fourth Defendant was acting under color of law: _____

**(If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.)**

## B. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?     ☒ Yes     ☐ No

2.  If your answer is "yes," how many lawsuits have you filed? __1__. Describe the previous lawsuits in the
    spaces provided below.

3.  First prior lawsuit:
    a.  Parties to previous lawsuit:
        Plaintiff: __CLARENCE WAYNE DIXON__
        Defendants: __SAMUEL LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF__
        __CORRECTIONS.__

b.   Court:  (If federal court, identify the district; if state court, identify the county.) _UNITED_ _STATES DISTRICT COURT_

c.   Case or docket number: _UNKNOWN_

d.   Claims raised: _UNCONSTITUTIONAL RESTRICTION OF FREEDOM OF_ _RELIGION. AZ D.O.C. BANNED HEADBANDS WORN BY NATIVE_ _AMERICAN INMATES._

e.   Disposition:  (For example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____ _CASE WAS DISMISSED._

f.   Approximate date lawsuit was filed: _MID-1995 OR 1996_

g.   Approximate date of disposition: _1997_

4.   Second prior lawsuit:
a.   Parties to previous lawsuit:
     Plaintiff: _____ _N/A_ _____
     Defendants: _____
     _____

b.   Court:  (If federal court, identify the district; if state court, identify the county.) _____
     _____

c.   Case or docket number: _____

d.   Claims raised: _____
     _____
     _____

e.   Disposition:  (For example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____
     _____

f.   Approximate date lawsuit was filed: _____

g.   Approximate date of disposition: _____

5.   Third prior lawsuit:
a.   Parties to previous lawsuit:
     Plaintiff: _____ _N/A_ _____
     Defendants: _____
     _____

b.   Court:  (If federal court, identify the district; if state court, identify the county.) _____
     _____

c.   Case or docket number: _____

d.   Claims raised: _____
     _____
     _____

e.   Disposition:  (For example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____
     _____

f.   Approximate date lawsuit was filed: _____

g.   Approximate date of disposition: _____

**(If you filed more than three  lawsuits, answer the questions listed above for each additional lawsuit on a separate page.)**

3

## C.  CAUSE OF ACTION

### COUNT I

1.   The following constitutional or other federal civil right has been violated by the Defendant(s): _____
OVERCROWDING – CRUEL AND UNUSAL PRE-CONVICTION PUNISHMENT – THREE MEN IN A CELL DESIGNED FOR TWO MEN.

2.   Count I involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)
☐ Mail        ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation
☐ Excessive force by an officer      ☐ Threat to safety   ☒ Other:  OVERCROWDING

3.   **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I.  Describe exactly what each Defendant did or did not do to violate your rights.  State the facts clearly in your own words without citing legal authority or arguments).
ON APRIL 15, 2005, I WAS TRANSFERRED WITH HUNDREDS OF OTHER PRE-TRIAL DETAINEES FROM THE MADISON STREET JAIL TO TOWERS JAIL. AT TOWERS JAIL, I WAS ASSIGNED A CELL WITH TWO OTHER INMATES. WITHIN TWO WEEKS I BECAME INFECTED WITH A STAPH INFECTION. MY FELLOWS CELLMATES ALSO BECAME INFECTED. IN JANUARY 2003 I SIGNED AN ADMIN. SEG. PLACEMENT FORM WHEREBY I REQUEST ADMIN. SEG. THAT INCLUDES "... 23 HOUR LOCKDOWN WITH A CELLMATE ..." WHILE AT MADISON STREET JAIL, I WAS STAPH INFECTION FREE FOR OVER TWO YEARS. EACH DEFENDENT KNEW OF SHOULD HAVE KNOWN AND CORRECTED THIS OVERCROWDING SITUATION. THEY HAVE THE AUTHORITY TO

4.   **Injury:**  (State how you have been injured by the actions or inactions of the Defendant(s)).
OVERCROWDING HAS CAUSED ME SEVERAL DANGEROUS STAPH INFECTIONS, A LOSS OF SLEEP, ANXIETY AND MENTAL/EMOTIONAL ANGUISH.

5.   **Administrative Remedies:**
a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                    ☒Yes   ☐ No
b.   Did you submit a request for administrative relief on Count I?           ☒Yes   ☐ No
c.   Did you appeal your request for relief on Count I to the highest level?   ☒Yes   ☐ No
d.   If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not.   N/A

4

## COUNT II

1. The following constitutional or other federal civil right has been violated by the Defendant(s): _____
   N/A _____

2. Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)   ☐ Mail   ☐ Access to the court   ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).

   _____
   _____
   _____

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?   ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _____

   _____

5

## COUNT III

1.  The following constitutional or other federal civil right has been violated by the Defendant(s): _____
    _N/A_ _____

2.  Count III involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated
    in a different count)       ☐ Mail          ☐ Access to the court       ☐ Medical care
    ☐ Disciplinary proceedings    ☐ Property       ☐ Exercise of religion      ☐ Retaliation
    ☐ Excessive force by an officer   ☐ Threat to safety ☐ Other: _____.

3.  **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III. Describe exactly what each
    Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal
    authority or arguments).
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
    _____
    _____
    _____

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your
        institution?                                                              ☐ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Count III?           ☐ Yes   ☐ No
    c.  Did you appeal your request for relief on Count III to the highest level?  ☐ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief to the highest level, briefly explain
        why you did not. _____
        _____

**(If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)**

## D. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you.

I REQUEST THAT THIS COURT REQUIRE TOWERS JAIL TO ASSIGN PLAINTIFF DIXON TO A TWO MAN CELL AT TOWERS JAIL WHILE HE IS A PRE-TRIAL DETAINEE, THAT THIS COURT ORDER TOWERS JAIL TO REFRAIN FROM RETALIATION IN ANY FORM OR FASHION AND THAT THIS COURT ORDER DEFENDANTS TO PAY TO PLAINTIFF FOR PUNTIVE AND ACTUAL DAMAGES $100.00 PER DAY PLAINTIFF HAS BEEN IN A THREE MAN CELL SITUATION.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **NOV. 22, 2005**
DATE

*Clarence W. Dixon*
SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach no more than fifteen additional pages. The form, however, must be completely filled in to the extent applicable.

**MARICOPA COUNTY**
**CORRECTIONAL HEALTH SERVICES**
**INMATE MEDICAL REQUEST**
**(Requisito de Salud)**

A medical staff member will pick up this request. If you have an EMERGENCY, please contact a detention officer.
Un empleado de medicina recojerá este requisito. Si ud tiene una emergencia, favor de decirla al oficial.

Name (Nombre) _CLARENCE DIXON_          Jail (Carcel) _TOWERS_

Booking # (Numero Fichado) _A896911_          House (Casa) _5 C_          Cell (Selda) _6_

Date of Birth (Fecha de Nacimiento) _82655_

Check one box only. Submit separate requests for different departments. (Marcar un cuadro solamente. Presentar una hoja aparte por cada departamento.)

☐ Medical (Medico)          ☐ Dental (Dentista)          ☒ Psychiatric Services (Servicios de Siquiátria)

EXPLAIN YOUR REQUEST: Be specific. What problems are you having? List past treatment. NOTE: All inmates will be seen for a full physical exam within 2 weeks of booking. Most problems can be handled at that time.

EXPLIQUE SU DESEO: Describe sus sintemas y problemas que tiene. Si lo han tratado previamente por estos o otros sintemas, explique por favor. NOTE: Todos los reos seran examinado dentro de dos semanas. Problemas que ud tiene que no son emergencias seran attendido en este tiempo.

_FOR THE PAST TWO WEEKS, APPROX. I'VE BEEN ANGRY. IT SEEMS FROM_
_THE FIRST THING IN THE MORNING TILL BEDTIME. I EXERCISE REGULARLY_
_AND READ ALOT. I HAVE VIOLENT THOUGHTS AND MAYBE NEED COUNSELING._

Have you been treated at a Maricopa County Jail Clinic before? ☐ No  ☒ Yes   Date _SEPT 05_
¿Lo han tratado en la clinica de la carcel anterior?           ☐ No  ☐ Yes   Fecha

_Clarence Dixon_
Inmate Signature (Firma de Paciente)

_SEPT. 5, 2005_
Date (Fecha)

Medical Staff Signature (Firma de Personal Medica)

Date/Time Received (Fecha/Tiempo Recibido)

Response (Repuesta): _Seen by psych 5/16/05_
_with psych counseling_

Triplicate:          White - Medical Records (Blanco - Archivo)
                     Canary - Inmate Copy (Amarillo - Copia al Paciente)
                     Pink - Response to Inmate (Rosa - Repuesta al Reo)

CHC Signature/Date/Time   (CHC Firma/Fecha/Tiempo)

CHM 3000  R 3-05

**MARICOPA COUNTY**
**CORRECTIONAL HEALTH SERVICES**
**INMATE MEDICAL REQUEST**
**(Requisito de Salud)**

A medical staff member will pick up this request. If you have an **EMERGENCY**, please contact a detention officer.
Un empleo de medicina recogera este requisito. Si ud tiene una emergencia, favor de decirle al oficial.

Name (Nombre) __CLARENCE DIXON__   Jail (Carcel) __TOWERS__

Booking # (Numero Fichado) __A896911__   House (Casa) __5C__   Cell (Selda) __3__

Date of Birth (Fecha de Nacimiento) __8-26-55__

Check one box only. Submit separate requests for different departments. (Marcar un cuadro solamente. Presentar una hoja aparte por cada departamento.)

☒ Medical (Medico)      ☐ Dental (Dentista)      ☐ Psychiatric Services (Servicos de Siquiátria)

EXPLAIN YOUR REQUEST: Be specific. What problems are you having? List past treatment. <u>NOTE:</u> All inmates will be seen for a full physical exam within 2 weeks of booking. Most problems can be handled at that time.

EXPLIQUE SU DESEO: Describe sus sintemas y problemas que tiene. Si lo han tratado previamente por estos o otros sintemas, explique por favor. <u>NOTE:</u> Todos los reos seran examinado dentro de dos semanas. Problemas que ud tiene que no son emergencias seran attendido en este tiempo.

__THE INFECTION IN MY JAW HAS RETURNED — LARGE SWOLLEN BUMPS__
__AT LOWER RIGHT SIDE. THE SKIN IS TIGHT AND ANY MOVEMENT CAUSES__
__MUCH PAIN. THIS OCCURRED ALSO IN JUNE 20, 2005. SEE MED. T.O.__
__(NO TREATMENT)__

Have you been treated at a Maricopa County Jail Clinic before? ☐ No   ☒ Yes   Date __SEPT. 05__
Lo han tratado en la clinica de la carcel anterior?   ☐ No   ☐ Yes   Fecha

__Clarence Dixon__                          CH 773
Inmate Signature (Firma de Paciente)        Medical Staff Signature (Firma de Personal Medica)

__SEPT. 20, 2005__                          9-20-5
Date (Fecha)                                Date/Time Received (Fecha/Tiempo Recibido)

Response (Repuesta): _____

_____

_____

Triplicate:     White - Medical Records (Blanco - Archivo)
                Canary - Inmate Copy (Amarillo - Copia al Paciente)
                Pink - Response to Inmate (Rosa - Repuesta al Reo)

CHC Signature/Date/Time    (CHC Firma/Fecha/Tiempo)

CHM 3000  R 3-03

**MARICOPA COUNTY**
**CORRECTIONAL HEALTH SERVICES**
**INMATE MEDICAL REQUEST**
**(Requisito de Salud)**

A medical staff member will pick up this request. If you have an EMERGENCY, please contact a detention officer.
Un empleo de medicina recogerá este requisito. Si ud tiene una emergencia, favor de decirle al oficial.

Name (Nombre) CLARENCE DIXON          Jail (Carcel) TOWERS

Booking # (Numero Fichado) A896911     House (Casa) 6B     Cell (Selda) 9

Date of Birth (Fecha de Nacimiento) 8-26-55

Check one box only. Submit separate requests for different departments. (Marque un cuadro solamente. Presentar una hoja aparte por cada departamento.)

☐ Medical (Medico)     ☐ Dental (Dentista)     ☐ Psychiatric Services (Servicos de Siquiátria)

EXPLAIN YOUR REQUEST: Be specific. What problems are you having? List past treatment. NOTE: All inmates will be seen for a full physical exam within 2 weeks of booking. Most problems can be handled at that time.

EXPLIQUE SU DESEO: Describe sus síntomas y problemas que tiene. Si lo han tratado previamente por estos o otros síntomas, explique por favor. NOTE: Todos los reos seran exathinado dentro de dos semanas. Problemas que ud tiene que no son emergencias seran attendido en este tiempo.

I HAVE AN INFECTION ON MY JAW THE RIGHT SIDE IS
ALREADY SWOLLEN OUT ONE QUARTER INCH AND IT SEEMS
TO BE SWELLING FURTHER. IT IS PAINFUL.
lg 2 bumps red swollen    B/O Staph    MBS

Have you been treated at a Maricopa County Jail Clinic before? ☐ No  ☒ Yes  Date MAY 05
Lo han tratado en la clinica de la carcel anterior?          ☐ No  ☐ Yes  Fecha

Clarence Dixon                              CH706
Inmate Signature (Firma de Paciente)        Medical Staff Signature (Firma de Personal Medica)

JUNE 20, 2005                               06 20 05
Date (Fecha)                                Date/Time Received (Fecha/Tiempo Recibido)

Response (Repuesta):

Triplicate:    White - Medical Records (Blanco - Archivo)
               Canary - Inmate Copy (Amarillo - Copia al Paciente)
               Pink - Response to Inmate (Rosa - Repuesta al Reo)

                                           6/21/05
                                           CHC Signature/Date/Time (CHC Firma/Fecha/Tiempo)

CHM 3000 R 3-03

**MARICOPA COUNTY**
**CORRECTIONAL HEALTH SERVICES**
**INMATE MEDICAL REQUEST**
**(Requisito de Salud)**

**A medical staff member will pick up this request. If you have an EMERGENCY, please contact a detention officer.**
**Un empleo de medicina recorjera este requisito. Si ud tiene una emergencia, favor de decirle al official.**

Name (Nombre) _CLARENCE DIXON_ Jail (Carcel) _TOWERS_

Booking # (Numero Fichado) _A896911_ House (Casa) _6_ Cell (Selda) _C 9_

Date of Birth (Fecha de Nacimiento) _8 26 55_

---

Check <u>one</u> box only. Submit separate requests for different departments. (Marcar un cuadro solamente. Presentar una hoja aparte por cada departmento.)

[X] Medical (Medico)          [ ] Dental (Dentista)          [ ] Psychiatric Services (Servicos de Siquíátria)

EXPLAIN YOUR REQUEST: Be specific. What problems are you having? List past treatment. <u>NOTE</u>: All inmates will be seen for a full physical exam within 2 weeks of booking. Most problems can be handled at that time.

EXPLIQUE SU DESEO: Describe sus sintemas y problemas que tiene. Si lo han tratado previamente por estos o otros sintemas, explique por favor. <u>NOTE</u>: Todos los reos seran examinado dentro de dos semanas. Problemas que ud tiene que no son emergencias seran attendido en este tiempo.

_I HAVE ACQUIRED A LARGE BUMP ON MY LEFT_
_ANKLE THAT CAUSES PAIN AND IS DISCOLORED ALMOST_
_PURPLE. I WOULD LIKE IT EXAMINED. THANK YOU_

---

Have you been treated at a Maricopa County Jail Clinic before? [ ] No [X] Yes   Date _FEB 05_
Lo han tratado en la clinica de la carcel anterior?          [ ] No [ ] Yes   Fecha _____

_Clarence DXn_                                _CHTM3_
Inmate Signature (Firma de Paciente)          Medical Staff Signature (Firma de Personal Medica)

                                             _4.24.05_
Date (Fecha)                                 Date/Time Received (Fecha/Tiempo Recibido)

---

Response (Repuesta): _Scheduled_

---

**Triplicate:**     White - Medical Records (Blanco - Archivo)
             Canary - Inmate Copy (Amarillo - Copia al Paciente)
             Pink - Response to Inmate (Rosa - Repuesta al Reo)

                                             _C. L___  4.24.05_
                                             CHC Signature/Date/Time   (CHC Firma/Fecha/Tiempo)

CHM 3000  R 3-03                                              _7 300_

RECEIVED
10/21/05
A0260

MARICOPA COUNTY SHERIFF'S OFFICE
JOSEPH M. ARPAIO, SHERIFF

# 05-15926
(D)

### INMATE INSTITUTIONAL GRIEVANCE APPEAL FORM

5W3

TO: __JAIL COMMANDER__   RECEIVED BY: _____ P9595   DATE: 9-30-05/4:23pm

FROM: __CLARENCE DIXON A896911__  __TOWERS__  __5C3__  __9/30/05__

| INMATE NAME | BOOKING # | FACILITY | CELL/RM | DATE |

**I.   GRIEVANCE APPEAL** (to be completed by inmate):
I am appealing the decision of the Bureau Hearing Officer (grievance and response attached) for the following reason(s):

TOWERS WAS DESIGNED FOR TWO MEN. I SIGNED AN AD/SEG
FORM SPECIFYING TWO MEN CELLS, OVERCROWDING IS A
PHYSICAL AND MENTAL HEALTH CONCERN ESPECIALLY FOR THE
LONG TERM INMATE, I REQUEST A TWO MAN CELL IN AD/SEG
FOR PHYSICAL AND MENTAL HEALTH REASONS.

Clarence Dixon _____ A896911 _____ 9/30/05
INMATE'S SIGNATURE                BOOKING #             DATE

**II.   JAIL COMMANDER'S RESPONSE:**
I have reviewed the attached grievance and response. It is my recommendation that the following action be taken:
Mr. Dixon, the Towers Jail was originally designed to house 2 men to a cell.
Administrative segregation however, was not designed to ensure you would be
placed in a 2 man cell. It was designed to ensure your safety and well being while
you are incarcerated. Reference your physical and mental health condition, you
should coordinate with your cell mates the cleaning of your cell with the sanitizing
materials provided you. You can utilize available space in your cell to perform the
various exercises listed in the "Inmate Rules and Regulations" handbook [copies
provided]. You can also perform these same exercises during your hour out of your
cell. If you feel you are experiencing some sort of mental stress condition, you may
request assistance from a member of the Psychological Staff. You also have the
option of signing yourself out of Administrative Segregation after 30 days from the
date of your request for placement into Administrative Segregation.
Lt. John Mallaburn A0260 _____ 10/04/05 _____ return copy to inmate if resolved.
JAIL COMMANDER'S SIGNATURE                DATE

_____ Forward to Bureau Hearing Officer for file (RESOLVED)

✓ Forward to External Referee (UNRESOLVED)

Clarence Dixon _____ A896911 _____ 10/5/05
INMATE'S SIGNATURE                BOOKING #             DATE

**TO INMATE:** IF YOU ARE NOT SATISFIED WITH THE JAIL COMMANDER'S RESPONSE, SUBMIT AN INMATE
EXTERNAL GRIEVANCE APPEAL FORM WITHIN 24 HOURS OF RECEIPT, TO THE EXTERNAL REFEREE THROUGH
THE CHIEF OF THE CUSTODY BUREAU.

DISTRIBUTION:  WHITE - Forward to Hearing Officer upon response
              YELLOW - Return to inmate with response
              PINK - Retained by inmate upon submittal

5000-318  R5/97

0108112

# RESPONSE BY THE EXTERNAL REFEREE
## INMATE GRIEVANCE PROCEDURE

**Inmate Name**: Clarence Dixon

**Inmate Number**: A896911

**Grievance Number**: 05-15926

**Hearing Date**: 11/6/05

## Description of Issues(s):

Mr. Dixon is grieving being housed 3 to a cell at Towers Jail.

## Chronology:

September 22, 2005 – Inmate Grievance Form filed stating: "I request housing in a two man cell. Since April 15 I've been in three men cells against Adm. Seg sign-in form. Since I've been in Towers three men cells, I've had 5 staph infections and one eye infection and I attribute this to unsanitary towers cells conditions and crowded three men cell conditions. This never ocurred at the Madison Str Jail where I was housed from Jan 03 to Apr 05. I therefore request two man cell status and housing."

September 22, 2005 – Officer responded stating: "At this time, Towers population does not allow the room for 2-man cells. As of this time, Towers Jail hold all med-max Ad Seg inmates & if population is to high, 2-man cells are not possible. No further action."

September 27, 2005 – Sergeant responded stating: "this is not Madison. Towers Jail is 3 man cells and you and your cell mates are given cleaning supplies and are responsible to clean it."

September 30, 2005 – Hearing Sergeant responded stating: "Jail staff efficiently uses the space available to segregate inmates for their own safety and security. Triple bunking will not cause disease. It is up to you and your cell mates to work together and utilize the resources available to keep your living areas clean."

September 30, 2005 – Inmate Institutional Grievance Appeal Form filed stating: "Towers was designed for two men. I signed an ad/seg form specifying two men cells. Overcrowding is a physical and mental health concern especially for the long term inmate. I request a two man cell in ad/seg for physical and mental health reasons."

October 4, 2005 – Commander's response stating: "Mr. Dixon, the Towers jail was originally designed to house 2 men to a cell. Administrativesegregation however, was not designed to ensure you would be placed in a 2 man cell. It was designed to ensure your safety and well being while you are incarcerated. Reference your physical and mental health condition, you should coordinate with your cell mates the cleaning of your cell with the sanitizing materials provided you."

October 6, 2005 – Inmate External Grievance Appeal Form filed relating: "Towers Jail was designed for two men.  Locked down 23/7 with two other men compounds the mental, emotional and physical unhealthiness attributed to conditions of overcrowding.  I believe the only solution is placement in an admin/seg two man cell."

## Discussion:

Following receipt of this Inmate External Grievance Appeal Form, I reviewed the documentation and also reviewed Sheriff's Office policy and appropriate case law.  As a result of my review, I do not feel that based on the information I have, a formal hearing is required.

Mr. Dixon is grieving being housed 3 to a cell at Towers Jail.

The issue of unhealthy conditions is addressed through the following:  First, the jails provide adequate cleaning supplies to maintain sanitary conditions if the inmate follows acceptable cleanliness guidelines.  Second the jails insure monthly health inspectins are performed.  This is outlined as follows:

- *Hart* also states in paragraph 44 "Defendants shall assure that all jail facilities are inspected monthly by the Maricopa County Department of Health Services, Bureau of Environmental Health, in accordance with the policies and procedures established by that agency."

- As a basis for their review, they utilize the Maricopa County Environmental Health Code.  Chapter 10, Regulation 3, of the Code states: "The Health Officer is hereby directed to make inspections to determine the condition of housing and premises located within Maricopa County in order that he may perform his duty of safeguarding the health of the occupants of such housing and of the general public."

- The Maricopa County Environmental Health Code, Chapter 10, Regulation 6, states "… A copy of the report of the inspection shall be furnished the owner, lessee, or operator of the transient dwelling establishment indicating the degree of compliance or noncompliance with the provisions of these regulations. Failure to correct any violation noted within the time limit specified shall be cause for revocation or suspension of the permit to operate.  To date, there has been no enforcement notice issued by the Environmental Health Officer.

Mr. Dixon also believes there is only one way to resolve this grievance.  However, this is not the case.  By their very nature a jail is a difficult place for a person to be housed. Unlike when someone is not in jail, there are certain practices and procedures that happen twenty-four hours per day, seven days per week, and every day of the year. Security and safety for the inmates and staff is a compelling government interest in the operation of the jail.  Because of security requirements, there will be practices and procedures imposed on them which the inmate would not have to put up with if they were not incarcerated.

**Findings, Conclusions and Recommendations**:

After my review of the facts of this grievance I find the allegation is **exonerated**. The actions of the staff were lawful and proper.

Based on my review, I find no violation of either *Hart v. Hill* or the inmate's constitutional rights.

*Bill William*

**Bill Williams, External Referee**

"This concludes the formal Inmate Grievance Procedure. You May Elect to file a complaint with the Federal District Court."

CLARENCE DIXON A896911
_Name and Prisoner/Booking Number_
**Towers Jail**

_Place of Confinement_
**3127 W. Gibson Ln**

_Mailing Address_
**Phoenix, AZ 85009**

_City, State, Zip Code_

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CLARENCE WAYNE DIXON , ) CASE NO. _____ | |
| Plaintiff, ) | |
| ) | |
| vs. ) APPLICATION TO PROCEED | |
| ) _IN FORMA PAUPERIS_ | |
| JOE M ARPAIO, JAMES BAUMANN, ) BY A PRISONER | |
| Defendant(s). ) CIVIL (NON-HABEAS) | |
| AND OTHER UNKNOWN ) | |

I, CLARENCE WAYNE DIXON , declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1. Have you ever before brought an action or appeal in a federal court while you were incarcerated or detained?  ☒Yes  ☐No   If "Yes," how many have you filed? __ONE__ .
   Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted?  ☐Yes  ☒No   If "Yes," how many of them? _____.

2. Are you currently employed at the institution where you are confined?   ☐Yes  ☒No
   If "Yes," state the amount of your pay and where you work. __N/A__

3. Do you receive any other payments from the institution where you are confined?   ☐Yes  ☒No
   If "Yes," state the source and amount of the payments. _____
   __N/A__

4. Do you have any other sources of income, savings, or assets either inside or outside of the institution where

you are confined?   ☒Yes   ☐No

If "Yes," state the sources and amounts of the income, savings, or assets. *SAVINGS AT*
*ARIZONA DEPT OF CORRECTIONS, IN AMOUNT OF APPROXIMATELY*
*$70.00.*

I declare under penalty of perjury that the above information is true and correct.

*NOV. 23, 2005*                              *Clarence W. Dixon*
_____                    _____
DATE                                             SIGNATURE OF APPLICANT

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

I, _____, hereby consent to having the designated correctional officials at this institution release to the Court my trust account information. I further consent to having the designated correctional officials at this institution withdraw from my trust account the funds required to comply with the order of this Court for the payment of filing fees in accordance with 28 U.S.C. § 1915(b).

My consent includes withdrawal from my account by correctional officials of partial initial payments to this Court equal to 20% of the greater of:

(A) the average monthly deposits to my account for the six-month period preceding my filing of this action, or

(B) the average monthly balance in my account for the six-month period preceding my filing of this action.

My consent also includes monthly withdrawals from my account by correctional officials of an amount equal to 20% of each month's income. Whenever the amount in my account reaches $10, correctional officials will withdraw that amount and forward it to the Court until the required filing fee is paid in full. I understand that I am liable for paying the entire fee, even if my case is dismissed by the Court before the fee is fully paid.

*NOV. 23, 2005*                              *Clarence W. Dixon*
_____                    _____
DATE                                             SIGNATURE OF APPLICANT

                                                       *DIXON, CLARENCE WAYNE*
## CERTIFICATE OF CORRECTIONAL OFFICIAL          *A896911*
## AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, *JOSYULA PARVATI* , certify that as of the date applicant signed this application:
(Printed name of official)

The applicant's trust account balance at this institution is: $ *0.00*

The applicant's average monthly deposits during the prior six months is: $ *N/A*

The applicant's average monthly balance during the prior six months is: $ *N/A*

The attached certified account statement accurately reflects the status of the applicant's account.

*NOV 29 2005*        *Parvati*              *A 9792*            *MCSO*
_____     _____    _____    _____
DATE          AUTHORIZED SIGNATURE       TITLE/ID NUMBER    INSTITUTION

```
11/29/05                      Inmate Account Statement                   Page: 1
14:45:10
================================================================================
Booking Number: A896911        Name: DIXON, CLARENCE WAYNE

   Acct Number: A896911R      Type: REG - Regular Account
                            Status: OPN - Account Open

                                                                         Acct
.....Transaction......
  Date     Time   Type  Description           Amount        Balance      Sts
--------------------------------------------------------------------------------
01/23/03  13:46:14  I   Init. Funds Dep        $0.00          $0.00      OPN
03/14/03  20:14:55  D   Deposit               $20.00         $20.00      OPN
03/14/03  20:14:55  N   Per Diem Paymnt      -$20.00          $0.00      OPN
                                           ------------
                        Ending Balance:        $0.00

>>> NOTE:  Per Diem Charges                      -- Balance Due =       $0.00

*** NOTE:  Funds available for self bond ==>==>==>==>==>==>==>          $0.00
           (Ending Balance) << OR >> 0

================================================================================
I hereby accept the above as an accurate statement of all transactions involving
my inmate account(s) while in custody of the Maricopa County Sheriff's Office.


   Inmate Signature:_____  Date:_____

============  * * *  E N D   O F   S T A T E M E N T  * * *  ============
```

## MARICOPA COUNTY SHERIFF'S OFFICE
## JOSEPH M. ARPAIO SHERIFF

# C E R T I F I C A T I O N

I hereby certify that on this date ___NOV 2 9 2005_____,

I ____ filed ___✓___ mailed the original and one (1) copy to the Clerk of the

___✓___ United States District Court, District of Arizona.

_____ Hon _____United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

_____ Attorney General, State of Arizona.

_____ Judge, _____, Superior Court, Maricopa County, State
of Arizona.

_____ County Attorney, Maricopa County, State of Arizona,

_____ Public Defender, Maricopa County, State of Arizona.

_____ Attorney, _____

_____ _____

_____

**INMATE LEGAL SERVICES**
Maricopa County Sheriff's Office
201 S. 4th Avenue
Phoenix, AZ 85003

Cert6/10/04