**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Clarence Wayne Dixon, )<br>)<br>        Plaintiff, )<br>)<br>    v. )<br>)<br>Joseph M. Arpaio; James Baumann, )<br>)<br>        Defendants. ) | CV-05-3894-PHX-SMM (LOA)<br><br>O R D E R |

It appearing to the Court that Defendants Arpaio and Baumann's Motion for Summary Judgment and Motion to Strike are  now ready for consideration,

**IT IS HEREBY ORDERED** withdrawing the reference to the Magistrate Judge as to the above-referenced Motions (docket #s 44 and 54).  However, all other matters in this action shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 10th day of April, 2007

_____
Stephen M. McNamee
United States District Judge